JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA NABORNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REGIS CORPORATION, a Minnesota Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 2:18-CV-5911-SVW-(MRWx)<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[Los Angeles Superior Court Case No. BC694880]<br><br>Complaint Filed: February 21, 2018<br><br>Trial Date: January 29, 2019 |

**IT IS HEREBY ORDERED** that case number 2:18-CV-5911-SVW-(MRWx), and all causes and actions contained therein shall be dismissed WITH PREJUDICE. Each party shall bear his or its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: November 9, 2018

_____
HON. STEPHEN WILSON
United States District Judge

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL

50989800v.1